THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER M. WILLIAMS, Appellant, v. GEORGE BRUNELL, Sheriff of the County of Clinton, Respondent.—

Motion to dismiss appeal granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.